FILED
CLERK, U.S. DISTRICT COURT

SEP 17 2019

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2019 Grand Jury

| UNITED STATES OF AMERICA, | SA CR No. **CR 19-00161-JLS** |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| v. | [18 U.S.C. § 1542(a): False Statement in a Passport Application] |
| KAVEH LAHIJANI, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 1542]

On or about August 15, 2017, at the United States Consular Agency in San Pedro Sula, Honduras, defendant KAVEH LAHIJANI, whose last known residence in the United States was in Orange County, within the Central District of California, willfully and knowingly made a false statement in an application for a United States passport, with the intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that, in such application, defendant LAHIJANI stated that he was not the subject of

an outstanding federal, state, or local warrant of arrest for a felony, when, in fact, as defendant LAHIJANI then knew, defendant LAHIJANI was the subject of an outstanding state arrest warrant for a felony in People v. Kaveh Lahijani, case number 12HF1193, in the Superior Court of the State of California, County of Orange.

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division



SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, General Crimes Section

CLAIRE E. KELLY
Assistant United States Attorney
Violent and Organized Crime Section